# EXHIBIT 1

IN THE CHANCERY COURT OF MADISON COUNTY, MISSISSIPPI

IN THE MATTER OF THE ESTATE OF
KATHY W. DOUGLAS, DECEASED

CAUSE NO. **2020-422-B**

### *ORDER OPENING ESTATE AND APPOINTING ADMINISTRATOR*

This cause came on for hearing on the Petition of Donald Alan Douglas, whose address is 104 Coachmans Road, Madison, Mississippi 39110, to open estate and for the granting of Letters of Administration to him for the Estate of Kathy W. Douglas, Deceased, and the Court is of the opinion that:

1. Kathy W. Douglas departed this life on or about the 2nd day of July, 2019, and said Decedent had at the time of her death a fixed place of residence in and was an adult resident of Madison County, Mississippi.

2. Kathy W. Douglas had no Last Will and Testament, so far as Petitioner knows or believes after a diligent search and inquiry.

3. That said Decedent was survived by the following heirs-at-law and next of kin:

   (1) Donald Alan Douglas (spouse), 104 Coachmans Road, Madison, MS 39110;

   (2) Amanda Douglas Summerlin (daughter), 109 Bassett Lane, Madison, MS 39110;

   (3) Leslie Douglas Knight (daughter), 214 Fairway Lane, Madison, MS 39110.

4. The Estate should be immediately administered for the proper management thereof and for the prompt collection of the assets.

5. Petitioner is over the age of eighteen (18) years, is of sound mind and has not been convicted of a felony.

FILED
MADISON COUNTY
MAY 20 2020
RONNY LOTT, CHANCERY CLERK
BY Kim Sivens D.C.

6. It would be in the best interest of the Estate that Petitioner, Donald Alan Douglas, be granted Letters of Administration upon the Estate of the Decedent as he is the spouse of the Decedent, and the one most familiar with her financial affairs and assets. Petitioner is ready, willing and able to serve as Administrator.

7. Inventory, bond and appraisal should be waived at this time as there are limited assets which will be an asset of the Estate and very limited, if any, liquid assets. The accounting requirement imposed by Mississippi law is not waived. *Until further Order.* [initialed: CJB]

IT IS, THEREFORE, ORDERED AND ADJUDGED THAT:

A. Donald Alan Douglas be appointed Administrator of the Estate of Kathy W. Douglas, Deceased and Letters of Administration be issued to him as Administrator of the Estate, upon him taking the oath prescribed by law.

B. The requirements of bond, inventory, and appraisement be waived at this time and until further order of this court. The accounting requirement imposed by Mississippi law is not waived. *Until further Order of this Court.* [initialed: CJB]

SO ORDERED AND ADJUDGED this the 20th day of May, 2020.

*Cynthia J Brewer*
CHANCELLOR

_____
Amanda D. Summerlin (MSB# 100773, ALB# 9801W63J)
Taylor Martino, P.C.
P. O. Box 894
Mobile, Alabama 36601
Phone: (251) 433-3131
Email: asummerlin@taylormartino.com

2