# EXHIBIT 2

# IN THE CHANCERY COURT OF MADISON COUNTY, MISSISSIPPI

IN THE MATTER OF THE ESTATE OF
KATHY W. DOUGLAS, DECEASED

**CAUSE NO. 2020-422-B**

## *LETTERS OF ADMINISTRATION*

THE STATE OF MISSISSIPPI
COUNTY OF MADISON

TO ALL TO WHOM THESE PRESENTS SHALL COME - GREETINGS:

    WHEREAS, Kathy W. Douglas, deceased, late of said county, died intestate, and had at her death, credits and property in said State.

    WE, THEREFORE, by these Letters authorize Donald Alan Douglas, as Administrator of the goods and chattels, rights and credits of said decedent faithfully, truly and promptly to perform and discharge all the duties required of Donald Alan Douglas by law, or by the order of this Court.

    WITNESS the Honorable Cynthia Brewer, Chancellor of the Chancery Court, at the Courtroom thereof, on the __20__ day of __May__, A.D., 2020, and seal of said Court.

    CHANCERY CLERK this __20__ day of __May__, 2020.

RONNY LOTT, CHANCERY CLERK

By: __Kim Sievers__, D.C.

    I, Ronny Lott, Clerk of the Chancery Court in and for the County of Madison, and State of Mississippi, certify that the above is a true copy of the Letters of Administration upon the Estate of Kathy W. Douglas, deceased, granted and issued to Donald Alan Douglas, Administrator, on the __20__ day of __May__, 2020, as the same appears on file and of record in my office, in said County and State.

    Given under my hand and seal of said Court at _____, in said County and State, this the _____ day of _____, 2020.

RONNY LOTT, CHANCERY CLERK

By:_____ D.C.

(SEAL)

Amanda D. Summerlin (MSB# 100773, ALB# 9801W63J)
Taylor Martino, P.C.
P. O. Box 894
Mobile, Alabama 36601
Phone: (251) 433-3131
Email: asummerlin@taylormartino.com